ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIO LARA (01)<br>GUADALUPE CORONA (02)<br>GAVINO TRUJILLO (03)<br>ORALIA CARRIZALES (04)<br>GEOVANNY GARCIA (05)<br>a/k/a "Jeovanny Enriqu Garcia-Vanegas"<br>DARRYL FOX (06) | No. 4-23CR-293-P |

**INFORMATION**

The United States Attorney Charges:

Count One
Conspiracy to Make False Statements to Licensed Firearm Dealers
(Violation of 18 U.S.C. § 371 (18 U.S.C. § 922(a)(6)))

From in and about November 2021 through in and about July 2022, in the Fort Worth Division of the Northern District of Texas and elsewhere, defendants, **Mario Lara**, **Guadalupe Corona**, **Gavino Trujillo**, **Oralia Carrizales**, **Geovanny Garcia**, and **Darryl Fox,** and others known and unknown, willfully combined, conspired, confederated, and agreed to commit certain offenses against the United States, in that, the defendants and others conspired to violate 18 U.S.C. § 922(a)(6), to wit: the defendants and others conspired to knowingly make false and fictitious material statements to licensed firearm dealers in connection with the acquisition of firearms.

In violation of 18 U.S.C. § 371 (18 U.S.C. § 922(a)(6)).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in count one of this information, and under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendants, **Mario Lara, Guadalupe Corona, Gavino Trujillo, Oralia Carrizales, Geovanny Garcia**, and **Darryl Fox,** and, shall forfeit to the United States of America any firearm, ammunition, or firearm accessories involved in or used in the knowing commission of the offense or seized in the investigation of this offense.

LEIGHA SIMONTON
UNITED STATES ATTORNEY

LEVI THOMAS
Assistant United States Attorney
Texas State Bar No. 24083963
801 Cherry Street, Suite 1700
Fort Worth, Texas   76102
Telephone:   817-252-5200
Facsimile:   817-252-5455
Email: Levi.Thomas@usdoj.gov