

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

ORALIA CARRIZALES (04)

No. 4:23-CR-293-P

## FACTUAL RÈSUMÈ

I.  Plea:
    Count One:   Conspiracy to Make False Statements to Licensed Firearm Dealers, in violation of 18 U.S.C. § 371 (18 U.S.C. § 922(a)(6))

II. Penalties:
    The maximum penalties the Court can impose include:
    a. up to five (5) years in prison;
    b. up to a $250,000 fine;
    c. a term of supervised release of not more than three (3) years. If the defendant violates any condition of supervised release, the Court may revoke such release term and require the defendant serve an additional period of confinement;
    d. a $100 special assessment; and
    e. forfeiture of firearms and ammunition.

III. Elements of the Offense:

The elements the government must prove beyond a reasonable doubt to establish the offense alleged in Count One are:

First:   That the defendant and at least one other person agreed to make false and fictitious material statements to licensed firearm dealers in connection with the acquisition of firearms, as charged in the Information;

Second:  That the defendant knew the unlawful purpose of the agreement and joined in it willfully, that is, with the intent to further the unlawful purpose; and

Third:   That at least one of the conspirators during the existence of the conspiracy knowingly committed at least one overt act in order to accomplish some object or purpose of the conspiracy.

In addition, the elements of the underlying offense of False Statement to Licensed Firearm Dealer are:

<u>First:</u>      That an individual made a false statement;
<u>Second:</u>   That the individual knew the statement was false;
<u>Third:</u>     That the statement was made in connection with the acquisition of a firearm from a licensed firearm dealer;
<u>Fourth:</u>   That the statement was intended or was likely to deceive a licensed firearm dealer; and
<u>Fifth:</u>     That the statement was material to the lawfulness of the sale or disposition of the firearm.

IV.   <u>Stipulated Facts:</u>

From November 2021 through July 2022, in the Fort Worth Division of the Northern District of Texas, **Oralia Carrizales**, Geovanny Garcia, Jose Rivas-Chairez, and others agreed together to knowingly make false and fictitious material statements to licensed firearm dealers in connection with the acquisition of firearms. During that time period, **Carrizales**, working together with Garcia, purchased firearms from federal firearms dealers, for Rivas, and in connection with these purchases, **Carrizales**, stated on ATF-4473 forms, that she was the actual transferee/buyer of the firearms, when Rivas, Garcia, and **Carrizales** knew that Rivas was the actual buyer of the firearms.

In furtherance of this conspiracy, on May 11, 2022, **Carrizales** purchased a firearm for Rivas from a federal firearms licensee and falsely stated on the ATF-4473 that she was the actual transferee/buyer of the firearm.

AGREED AND STIPULATED on this ____12____ day of __Sept.____, 2023.

_____
ORALIA CARRIZALES
Defendant

_____
ROSE ROMERO
Counsel for Defendant